

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 6 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY MARTIN                                                      PLAINTIFF

VS.                                    NO. 3:04CV0260JMM

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA                                                          DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Upon representation that the Plaintiff and Defendant have reached settlement, the above-captioned matter should be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
12/5/05

APPROVED:

_____
Ted Stricker
**Attorney for Plaintiff**

_____
Byron Freeland
**Attorney for Defendants**

1